**UNITED STATES DISTRICT COURT**
**Southern District of New York**



107439

**AFFIDAVIT OF SERVICE**

Index no : **08 CIV 5778**
Date Index Number Purchased: **06/26/2008**

| Plaintiff(s): | **Trustees of The Teamsters Local 456 Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and The Westchester Teamsters Local Union No. 456** |
|---|---|
| Defendant(s): | **D'Orazio Transport Services LLC** |

ss.:

**Emily S. Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **08/09/2008** at **12:10 PM**, I served the within **Summons In A Civil Action; Complaint; Rule 7.1** on **D'Orazio Transport Services LLC** at **8 Cobblestone Court, Brookfield, CT 06804** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Carlo D'Orazio, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **D'Orazio Transport Services LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Blonde | 42 | 6'2" | 200 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 11, 2008
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

X _____
Emily S. Rubin
Speedy Lawyers Service
67 Tommy CT
Mahopac, NY 10541
914-490-6729
Atty File#: