# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                                        Plaintiffs,

-against-                                               08 Civ. 5778 (SCR)

                                                        **SUBSTITUTION OF**
                                                        **ATTORNEY**

D'ORAZIO TRANSPORT SERVICES, LLC,

                                        Defendants.

-----------------------------------------------------------------------------x

        PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for
Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is
hereby substituted as counsel of record.

Dated: Elmsford, NY
        August 26, 2008

                                        Barnes, Iaccarino, Virginia,
                                        Ambinder & Shepherd, PLLC

                                        By: _____
                                            Giacchino Russo, Esq. (GR8313)
                                            258 Saw Mill River Road
                                            Elmsford, NY 10523
                                            (914) 592-1515

SO ORDERED:                             Date: August 29, 2008

_____               White Plains, NY
HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J